Frank D. Mylar (5116)
Andrew R. Hopkins (13748)
MYLAR LAW, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
FAX: (801) 858-0701
Mylar-Law@comcast.net

Attorney for Defendants Weber County, Sheriff Terry Thompson, and Cameron Hartman

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| SU-YI YOCUM, As. Y., Ad. Y., and Am. Y., Plaintiffs, v. STATE OF UTAH, et. al., Defendants. | **WEBER COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL** Case No. 1:16-CV-98 District Judge Clark Waddoups |

Defendants, Weber County, Sheriff Terry Thompson, and Cameron Hartman (hereinafter Weber County Defendants), through their attorney Frank D. Mylar, respectfully submit this response to Plaintiff's Motion for Voluntary Dismissal without Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure as follows:

**ARGUMENT**

Plaintiffs have moved to dismiss their case without prejudice. (Doc. No. 61). State Defendants opposed this motion, arguing that the dismissal should be with prejudice. (Doc. No. 62). Weber County Defendants agree with the arguments submitted by the State

Defendants, as well as the arguments submitted in the briefing of the Summit County and Syracuse Defendants' Motion to Dismiss, for why this matter should be dismissed with prejudice as to Weber County Defendants also.  (Doc. No. 6 and Doc. No. 25).  Weber County Defendants do not oppose Plaintiffs' motion to dismiss their case, but prefer that it be with prejudice.  However, if the Court is only inclined to dismiss Plaintiffs' claims against Weber County Defendants without prejudice, Weber County Defendants would prefer the case be dismissed right now rather than to continue to litigate this matter.

**WHEREFORE:**  All Plaintiffs' claims should be dismissed with prejudice.

Dated this 27th day of February, 2017.

/s/ Frank D. Mylar

Frank D. Mylar
Attorney for Weber County Defendants